**ORIGINAL**

FILED

FEB 26 2016

U.S. COURT OF
FEDERAL CLAIMS

IN THE UNITED STATES
COURT OF FEDERAL CLAIMS

| | |
|---|---|
| AT&T ADVERTISING, L.P.,<br>YP ADVERTISING & PUBLISHING LLC,<br>Tax Matters Partner,<br><br>    Complainant,<br><br>    v.<br><br>UNITED STATES,<br><br>    Defendant | No. **16-272 T** |

### RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to RCFC 7.1, complainant, YP Advertising & Publishing LLC, states that it is owned, indirectly, by AT&T Inc. (47 percent) and Cerberus YP LLC (53 percent).

Dated: February 26, 2016

                   Respectfully submitted,

                   _____
                   Dwight N. Mersereau
                   (Attorney of Record)
                   Crowell & Moring LLP
                   1001 Pennsylvania Avenue, N.W.
                   Washington, DC 20004-2595
                   Tel (202) 624-2856
                   Fax (202) 628-5116
                   dmersereau@crowell.com

                   Attorney for Complainant

Of counsel:  David B. Blair
       Robert L. Willmore
       David J. Fischer
       Crowell & Moring LLP
       1001 Pennsylvania Avenue, N.W.
       Washington, DC 20004-2595
       Tel (202) 624-2500
       Fax (202) 628-5116
       dblair@crowell.com
       rwillmore@crowell.com
       dfischer@crowell.com